UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present: Judges Frank, Huff and Senior Judge Haley

LOUDOUN COUNTY PUBLIC SCHOOLS AND
  PMA MANAGEMENT CORPORATION

                                            MEMORANDUM OPINION[*]
v.       Record No. 1341-14-4                     PER CURIAM
                                         NOVEMBER 25, 2014
LAURIE A. JACKSON

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(J. David Griffin; Winchester Law Group, P.C., on brief), for
appellants.

(Peter M. Sweeny, on brief), for appellee.

Loudoun County Public Schools and PMA Management Corporation (collectively

"employer") appeal from a June 30, 2014 decision of the Workers' Compensation Commission

reversing a deputy commission's opinion finding Laurie A. Jackson ("claimant") failed to prove

specific medical expenses, including mileage, were causally related to her compensable injury

and medically necessary.

On appeal, employer contends the commission erred by reversing the deputy

commissioner's "determinations that massage therapy, acupuncture and associated claims were

medically necessary, reasonable, or causally related to the accident." Upon reviewing the record

and the parties' briefs, we conclude that this appeal is without merit. Accordingly, we

summarily affirm the commission's decision. Rule 5A:27. We affirm for the reasons stated by

the commission in its final opinion. See Jackson v. Loudoun Cnty. Schs., JCN VA00000232627

(June 30, 2014). We dispense with oral argument and summarily affirm because the facts and

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.